3-16-2015

81,846-01,02,03

Mr. Acosta

I need the 2 white cards or a copy of my writs that were denied back on September 17, 2014. WR-81-846-01 and WR-81-846-03 without written order.

The court of Criminal Appeals received supplemental records on December 15 and 18 of 2014 on WR-81-846-02 I am waiting for a final decision. Has the court re-submitted the case yet and is there a time limit? I thank you for any help you can give me.

Sincerely

Perry Brandon

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 20 2015

Abel Acosta, Clerk